**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

## NOT  DESIGNATED  FOR  PUBLICATION

Johnny Ray Desselle
Rapides Par. Det. Center DOC No. 113852
P.O. Box 1551
Alexandria LA 71309

**REHEARING ACTION: June 13, 2012**

**Docket Number: 12   00436-KH**

**STATE OF LOUISIANA**
**VERSUS**
**JOHNNY RAY DESSELLE**

**Writ Application from Rapides Parish Case No. 310,696**

**BEFORE JUDGES:**

  **Hon. John D. Saunders**
  **Hon. J. David Painter**
  **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Johnny Ray Desselle** has this day been

  **DENIED.**

cc: James C. Downs, Counsel for  the Respondent